UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

GARY LAPRIEST,                          )        CASE NO. 4:10 CV 2385
                                        )
            Plaintiff,                  )        JUDGE DAVID D. DOWD, JR.
                                        )
      v.                                )
                                        )        JUDGMENT ENTRY
J.T. SHARTLE, WARDEN,                    )
                                        )
            Defendant.                  )

        This court having contemporaneously filed its Memorandum of Opinion in this case,

it is therefore ORDERED that this action is dismissed pursuant to 28 U.S.C. § 1915(e).  Further,

the court CERTIFIES pursuant to 28 U.S.C. §1915(a)(3) that an appeal from this decision could not

be taken in good faith.


Date: March 7, 2011                       s/David D. Dowd, Jr.
                                         DAVID D. DOWD, JR.
                                         UNITED STATES DISTRICT JUDGE